## ANDERSON v ANDERSON
## Case No. 89-200-AP
Eleventh Judicial Circuit, Dade County

March 22, 1990

### APPEARANCES OF COUNSEL

**Linwood Anderson,** pro se.

**Melvyn Frumkes, Esquire,** for appellee.

Before SALMON, MORENO, CARDONNE, JJ.

### OPINION OF THE COURT

PER CURIAM

The appellant, who had sued his former wife alleging a leasehold interest in property awarded in a dissolution proceeding, seeks review of an order denying his motion for disqualification of the trial judge. Such motion was denied as untimely and insufficient as a matter of law.

Rule 9.130 of the Florida Rules of Appellate Procedure precludes

this Court from hearing the appeal of this non-final order. Therefore, this Court not having jurisdiction, the appeal is dismissed and the judgment is affirmed.[1]

[1] We note that in this case there is no transcript of any proceedings. It is the appellant's obligation to present a record to support his position. In the event that this court had jurisdiction, the record is insufficient to mandate reversal. *See Wilder v Altman,* 179 So.2d 250 (Fla. 3d DCA 1986). *See Fischer v Knuck,* 497 So.2d 240 (Fla. 1986).